**Dated: March 29, 2016**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : CASE NO 12-32835-JDL |
| | : |
| REGINA LASHEA VANARSDALE | : CHAPTER 13 |
|     Debtor | : |
| -------------------------------- | -------------------------------- |
| BANK OF AMERICA, N.A., | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| REGINA LASHEA VANARSDALE | : |
| HOMER VANARSDALE, Co-Debtor | : |
| SYLVIA F. BROWN, Trustee | : |
|     Respondents. | : |
| | : |

### AGREED ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

BANK OF AMERICA, N.A., for itself, its successors and assigns (the "Movant"), filed a Motion for Relief from Automatic Stay and Co-Debtor Stay (the "Motion") March 1, 2016, which was set for hearing **March 17, 2016** (the "Hearing"). Movant seeks relief as to Debtor`s real property located in Shelby County, Tennessee, now or formerly known as 5283

CLINCHPORT CIRCLE, MEMPHIS, TN 38127 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion. Movant asserts that the Motion was properly served and hearing properly noticed.   The parties have reached an agreement.

Accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 and Co-Debtor stay of 11 U.S.C. § 1301 are **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies.  Trustee shall cease disbursements to Movant on its Proof of Claim. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**IT IS FURTHER ORDERED** that the Creditor is exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
TN BPR No. 022452
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor

Consented to by:

**/s/** Sylvia F. Brown
Sylvia F. Brown
TN BPR No.
200 Jefferson Avenue
Suite #1113
Memphis, TN 38103
(901) 576-1313
admin@ch13sfb.com
Chapter 13 Trustee

Consented to by:

/s/Jimmy E. McElroy
Jimmy E. McElroy, Esq.
TN BPR No. 011908
Jimmy E. McElroy, Esq.
3780 S. Mendenhall
Memphis, TN 38115
901-363-7283
jimmy_3780@hotmail.com
Attorney for Debtor

## DISTRIBUTION LIST

Regina LaShea Vanarsdale
5303 Clinchport Circle
Memphis, TN 38127

Homer Vanarsdale
5283 Clinchport Circle
Memphis, TN 38127

Jimmy E. McElroy, Esq.
3780 S. Mendenhall
Memphis, TN 38115

Sylvia F. Brown, Trustee
200 Jefferson Avenue
Suite #1113
Memphis, TN 38103

United States Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

Natalie Brown, Esq.
Rubin Lublin TN, PLLC
119 S. Main Street, Suite 500
Memphis, TN 38103

United States Bankruptcy Court
Western District of Tennessee

In re:  
Regina LaShea Vanarsdale  
    Debtor

Case No. 12-32835-jdl  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0651-2    User: carol    Page 1 of 1    Date Rcvd: Mar 30, 2016  
                 Form ID: pdford02    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2016.  
db        +Regina LaShea Vanarsdale,   5303 Clinchport Circle,   Memphis, TN 38127-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2016 at the address(es) listed below:
         Elijah Noel, Jr.    on behalf of Creditor    City of Memphis en@harrisshelton.com,
         ehord@shelbycountytrustee.com,   ehord@shelbycountytrustee.com,tpolk@shelbycountytrustee.com,
         kmcclellan@shelbycountytrustee.com
         Jimmy E. McElroy    on behalf of Debtor Regina LaShea Vanarsdale jimmy_3780@hotmail.com
         Laura A. Grifka    on behalf of Creditor    Bank of America N.A., lgrifka@rcolegal.com,
         ECF_TN@rcolegal.com
         Lauren Lamberth    on behalf of Creditor    TSAC agbankwddelk@ag.tn.gov,   lauren.lamberth@ag.tn.gov
         Natalie K Brown    on behalf of Creditor    Bank of America N.A., nbrown@rubinlublin.com,
         lcaplan@rubinlublin.com;ssullivan@rubinlublin.com;nbrown@rubinlublin.com;vbaggett@rubinlublin.com
         ;akhosla@rubinlublin.com
         Sylvia F. Brown    ecf@ch13sfb.com
         U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                                     TOTAL: 7